

RECEIVED
CLERK'S OFFICE

2010 APR 13  AM 8: 15

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON GEORGIA

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT GEORGIA**

**(Athens)**

CHARLENE E. TOXEN,                                    *
                                                     *
            Plaintiff                                *
                                                     *
v.                                                   *        Case No. 3:09-CV-00103-CDL
                                                     *
MANN BRACKEN LLC, ET AL.,                            *
                                                     *
            Defendants                               *

---

## NOTICE OF CASE IN RECEIVERSHIP

You are hereby notified of the appointment of a Receiver on behalf of the Defendant, Mann

Bracken, LLC, by the Circuit Court for Montgomery County, Maryland.  The Case Number is

V327646.  The Order was entered on February 25, 2010.  The case is now pending.

Pursuant to the Order Appointing Receiver, Cheryl E. Rose, Esquire has been appointed as

Receiver for Mann Bracken, LLC and is, therefore a substitute party.  Ms. Rose's contact information is

as follows:

> Cheryl E. Rose, Esquire
> 12154 Darnestown Road
> Box 623
> Gaithersburg, Maryland 20878
> Telephone:  (301) 527-7789
> Fax No.:    (301) 527-1233
> E-mail:     Receiverrose@aol.com

I hereby certify that copies of the foregoing Notice of Case in Receivership were mailed this 9th
day of April, 2010, to the Judge of the court assigned to this case and to the following counsel of record:

Steven H. Koval, Esquire
3575 Piedmont Road
Building 15, Suite 1020
Atlanta, Georgia 30305

Connell Loftus, Esquire
Mann Bracken, LLC
702 King Farm Boulevard
Rockville, Maryland 20850

John H. Bedard, Jr., Esquire
Bedard Law Group, P.C.
2810 Peachtree Industrial Boulevard
Suite D
Duluth, Georgia 30097

D. Gregory Michell, Esquire
30 Allen Plaza, Suite 700
30 Ivan Allen Jr. Boulevard, NW
Atlanta, Georgia 30308

By: _____
Cheryl E. Rose