IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| CHARLENE E. TOXEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action File No. |
| ) | 3:09-CV-103-CDL |
| MANN BRACKEN, LLC and ) | |
| MIDLAND FUNDING, LLC, ) | |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE AGAINST DEFENDANT MIDLAND FUNDING, LLC

COME NOW Plaintiff and Defendant Midland Funding, LLC, and hereby file this Stipulation of Dismissal With Prejudice against Midland Funding, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) dismissing with prejudice any and all claims against Defendant Midland Funding, LLC.

STIPULATED AND AGREED to this 11th day of September 2010.

| | |
|---|---|
| s/ Greg Michell_____ | s/ Steven H. Koval_____ |
| Georgia Bar No. 504053 | Georgia Bar No. 428905 |
| Attorney for Defendant Midland | Attorney for Plaintiff |
|   Funding, LLC | **THE KOVAL FIRM, LLC** |
| **BALCH & BINGHAM LLP** | 3575 Piedmont Road |
| 30 Ivan Allen Jr. Blvd. N.W., Suite 700 | 15 Piedmont Center, Suite 1020 |
| Atlanta, GA  30308 | Atlanta, GA 30305 |
| (404) 261-6020 | (404) 350-5900 |
| E-mail: gmichell@balch.com | E-mail: SHKoval@aol.com |